No. 2,569.—PATRICK GALLAGHER ET AL., PLAINTIFFS AND
APPELLANTS, v. STEPHEN GUILLIO ET AL., DEFENDANTS
AND RESPONDENTS.

*Appeal from District Court, Jefferson County; Lew. L. Callaway, Judge.*

On motion to dismiss appeal.

Decided October 6, 1908.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel on file herein.

*Mrs. Ella Knowles Haskell*, for Appellants.

*Mr. C. R. Stranahan*, for Respondents.

————————

No. 2,572.—STATE OF MONTANA, PLAINTIFF AND RESPONDENT, v. G. S. E. WISNER, DEFENDANT AND APPELLANT.

*Appeal from District Court, Silver Bow County; Michael Donlan, Judge.*

Decided October 7, 1908.

PER CURIAM.—Appellant's motion to dismiss the appeal herein without prejudice, based upon stipulation of counsel, is hereby granted and the appeal is ordered dismissed.

*Mr. J. R. Boarman, Mr. J. H. Duffy*, and *Mr. W. B. Rodgers*, for Appellant.

*Mr. Albert J. Galen*, Attorney General, for Respondent.